COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     BDTP, LLC, Shawn Nyahay, and Wesley T. Fortune v. United
                         Structures of America, Inc.

Appellate case number:   01-20-00464-CV

Trial court case number: 2019-48435

Trial court:             125th District Court of Harris County

Appellants, BDTP, LLC, Shawn Nyahay, and Wesley T. Fortune, filed a notice of accelerated appeal of the denial of a special appearance. At that time, all appellants were represented by the same counsel. Counsel filed a motion to withdraw, which this Court granted.

Concerning appellant, BDTP, LLC, no new counsel has appeared. "Except for the performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney." *MHL Homebuilder LLC v. Dabal/Graphic Resource*, No. 14–05–00295–CV, 2005 WL 1404475, at *1 (Tex. App.—Houston [14th Dist.] June 16, 2005, no pet.) (per curiam) (mem. op.) (citing *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996)). Accordingly, the Court orders that, unless a licensed attorney files an appearance for BDTP, LLC, this Court may dismiss it from this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 42.3(b), (c). Any appearance must be filed **within 20 days of the date of this Order.**

Appellant, Wesley T. Fortune, prematurely filed a pro se brief on February 8, 2021. At that time, appellant's brief was not yet due because the reporter's record had not been filed. Appellants' briefs were not due until 20 days after the complete record was filed. *See* TEX. R. APP. P. 38.6(a). The reporter's record was filed on March 1, 2021. Accordingly, appellants' briefs were not due until March 22, 2021. *See id.*

Appellees, United Structures of America, Inc., and Precision Building Systems, Inc., filed their briefs on March 24, 2021. Because appellants briefs were not yet due, appellees' briefs were also filed prematurely. *See* TEX. R. APP. P. 38.6(b) (appellee's brief not due until 20 days after appellant's brief filed).

Appellants BDTP, LLC and Shawn Nyahay have not advised this Court that they will not be filing a brief. Accordingly, appellants, BDTP, LLC (only if represented by counsel) and Shawn Nyahay, shall file their briefs or a motion for extension of time to file appellant's brief **within 20**

**days of the date of this order, or the appeals of BDTP and Nyahay may be dismissed for want of prosecution**.  *See* TEX. R. APP. P. 38.8(a).

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
☑ Acting individually   ☐ Acting for the Court


Date:   ___March 30, 2021__